AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §   CRIMINAL COMPLAINT |
| vs. | §   CASE NUMBER: DR:22-M -03044(1) |
| | § |
| (1) Shan Jiang | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 12, 2022** in **Edwards** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title     **19**     United States Code, Section(s)     **1459(a)**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On December 11, 2022, defendant JIANG, SHAN, a citizen of China was arrested near Rocksprings, Texas, for entering upon the United States, near Eagle Pass, TX within the Western District of Texas, and failing to present himself and all articles accompanying him for inspection to the customs officer at the customs facility. Defendant was encountered by Border Patrol Agents after an immigration inspection was done on a vehicle he was an*

**Continued on the attached sheet and made a part of hereof.**

| | |
|---|---|
| Sworn to before me and subscribed in my presence, | /s/ De Milio, Gregory D. |
| | Signature of Complainant |
| | De Milio, Gregory D. |
| | Border Patrol Agent |
| 12/19/2022 | at   DEL RIO, Texas |
| File Date | City and State |
| VICTOR ROBERTO GARCIA | |
| UNITED STATES MAGISTRATE JUDGE | Signature of Judicial Officer |

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                        Case Number: DR:22-M -03044(1)

(1) Shan Jiang

**Continuation of Statement of Facts:**

occupant of. Defendant stated he was a citizen of China and did not possess any legal documents to legally enter or remain in the United States."

_____                    /s/ De Milio, Gregory D.
Signature of Judicial Officer                        _____
                                                         Signature of Complainant